UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>THOMAS W HARKER,<br><br>　　　　　　Defendant. | CASE NO. 3:21-cv-05182-DGE<br><br>ORDER OF DISMISSAL |

On January 3, 2023, the Parties filed a Stipulation to Dismiss all claims with prejudice. (Dkt. No. 34.) Accordingly, all claims are DISMISSED with prejudice with each party bearing their own attorney fees and costs.

The Clerk is directed to close the case.

Dated this 4th day of January, 2023.

David G. Estudillo
United States District Judge

ORDER OF DISMISSAL - 1